Meyers v Berl (2023 NY Slip Op 00561)

Meyers v Berl

2023 NY Slip Op 00561

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., LINDLEY, CURRAN, BANNISTER, AND MONTOUR, JJ.

845 CA 22-00424

[*1]WILLIAM A. MEYERS AND EILEEN MEYERS, PLAINTIFFS-RESPONDENTS,
v
BRIAN T. BERL AND FAITH BERL, DEFENDANTS-APPELLANTS. (APPEAL NO. 1.) 

UNDERBERG & KESSLER LLP, BUFFALO (THOMAS F. KNAB OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
KENDALL, WALTON & BURROWS, WATERTOWN (KATHRYN J. HARRIENGER OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from a judgment and order (one paper) of the Supreme Court, Jefferson County (James P. McClusky, J.), entered August 25, 2021. The judgment and order, inter alia, declared that plaintiffs have an easement over defendants' property. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc., 147 AD2d 977, 977 [4th Dept 1989]).
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court